UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT

In the Matter of:
DAVID WAYNE KILE JR.,            Bankruptcy Case No. 09-30583-DSO
                                                        Chapter 7
                                                        Hon. Daniel S. Opperman
                             Debtor(s)
_____/

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

       The attached check in the amount of $6.72 represents the total sum of unclaimed dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a). The name(s)of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Amer Revenue | 3 | $2.59 |
| JEA | 4 | $1.26 |
| Yellow Book USA | 5 | $2.87 |

Dated: February 12, 2010                     /s/ Samuel D. Sweet
                                                  Samuel D. Sweet, Chapter 7 Trustee
                                                  P.O. Box 757
                                                  Ortonville, MI 48462-0757
                                                  248-236-0985
                                                  ssweet@trusteesweet.